# Exhibit C



**U.S. Department of Transportation**

1200 New Jersey Avenue SE
Washington, DC 20590

**Project Name: Albuquerque Rail Trail**
**Applicant: City of Albuquerque**
**RAISE Grant Funding:** $11,466,938
**Estimated Total Project Costs:** $14,333,671
**Project Description:** The project will construct a North-South 1-mile urban trail through the heart of Downtown Albuquerque.

**Congratulations!** The project above was selected to receive an FY 2022 RAISE grant.

The USDOT Operating Administration overseeing your project will contact you in September regarding next steps to complete the relevant requirements before executing a grant agreement.

This letter DOES NOT authorize the applicant to incur costs to carry out the project. The execution of the grant agreement will obligate RAISE grant funding, making it available to reimburse eligible expenses for the awarded project. Unless authorized by USDOT in writing, any costs incurred prior to that obligation of funds for a project (i.e., "pre-award costs") are ineligible for reimbursement and may be ineligible to count towards non-Federal match requirements. This letter DOES NOT authorize pre-award costs to be eligible. The Department expects all RAISE funding be obligated by September 30, 2026 and expended by September 30, 2031.

If you have any questions about this award, please contact the RAISE Grants Team at raisegrants@dot.gov

Sincerely,

John Augustine

Director, Office of Infrastructure Finance and Innovation
Office of the Secretary