# Exhibit D



**U.S. Department of Transportation**
Office of the Secretary of Transportation

Under Secretary for Policy

1200 New Jersey Avenue, S.E.
Washington, DC 20590

September 9, 2025

Terry Brunner
Metropolitan Redevelopment Agency
100 Arno NE, Suite B
Albuquerque, NM 87102

Dear Mr. Brunner:

This letter provides notice that the U.S. Department of Transportation (Department or DOT) is withdrawing selection of your FY 2022 RAISE grant, awarded for the Albuquerque Rail Trail project on August 11, 2022, effective immediately.

DOT's priorities presently include:

- focusing DOT's multimodal grant programs primarily on projects that promote vehicular travel; and
- ensuring that taxpayer dollars are used efficiently in ways that maximally benefit the American people and improve their quality of life.

Having individually reviewed your grant in light of DOT's priorities, the Department has determined that your project is inconsistent with the above priorities. Specifically, your project proposes to construct a North-South 1-mile urban trail through the heart of Downtown Albuquerque. Your proposed project runs counter to DOT's priority of focusing DOT's multimodal grant programs primarily on projects that promote vehicular travel. Because your project no longer aligns with DOT priorities, the Department is withdrawing the selection of your project for a FY 2022 RAISE grant.

Regards,

Maria Lefevre
Executive Director
Office of the Under Secretary